**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

UNITED STATES OF AMERICA     *
                        *

vs.                       *     CR 112-258
                        *

MARIO L. HAYES           *

## O R D E R

On January 25, 2013, Defendant pleaded guilty to possession of a firearm and ammunition by a convicted felon. (Doc. no. 42.) On December 16, 2013, the Court sentenced him to forty two months imprisonment to be served consecutively to the term of imprisonment Defendant was serving on Richmond County (Georgia) Superior Court Case Number 2011RCCR00969. (Doc. no. 59.) On December 02, 2014, Defendant filed a motion seeking sentence reduction and requesting that his sentences run concurrently. (Doc. no. 60.) Defendant does not argue that his sentence or detention is unlawful. Finding no basis to set aside the judgment, the motion is **DENIED**.

**IT IS ORDERED** that Defendant's motion to reduce sentence (doc. no. 60) is hereby **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this _30th_ day of _____, 2015.

_____
Honorable J. Randal Hall
United States District Judge
Southern District of Georgia